IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:98cr44-RH/WCS

KATONYA CHISHOLM,

    Defendant.

_____/

**ORDER SETTING PROCEDURES ON MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

Upon consideration of defendant's motion for early termination of supervised release,

IT IS ORDERED:

1. The Probation Office shall provide a memorandum to the court (hereafter referred to as a "fact memorandum") setting forth the date when defendant's supervised release commenced and is scheduled to terminate, indicating whether defendant is and has been in compliance with the terms of her supervised release, and setting forth such additional information as the Probation Office deems appropriate. The Probation Office shall provide a copy of the fact memorandum to the parties.

2. The Probation Office may include any recommendation in the fact memorandum or, at its option, in a separate memorandum (hereafter referred to as a "recommendation memorandum") that will not be disclosed to the parties. No action adverse to a party will be taken based on factual information included in a recommendation memorandum without affording the party an opportunity to respond.

3. The government shall file a response to defendant's motion for early termination of supervised release within 14 days after service of the Probation Department's fact memorandum in accordance with paragraph 1 above.

SO ORDERED this 21st day of September, 2005.

s/Robert L. Hinkle  
Chief United States District Judge